| .AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) TEVRIZIAN, JR., DICKRAN M | 2. Court or Organization United States District Court | 3. Date of Report 2/1/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge - Senior | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2005 to 12/31/2005 |
| 7. Chambers or Office Address Roybal Federal Building 255 E. Temple Street, Ste. 870 Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee - Non-Compensated Passive Investor | ████████ Trusts - Attachment "A" |
| 2. | Partner - Non-Working | Rialto Investments - Industrial Real Estate, Rialto, CA - Attachment "B" |
| 3. | Trustee - Non-Compensated | Derderian Family Trusts - Attachment "C" |
| 4. | Partner - Passive Investor Non-Working | MPRT Realty - Commercial Real Estate - L.A., CA |
| 5. | Advisory Director - Non-Compensated | Armenian General Benevolent Union - Charitable Foundation |
| 6. | Partner - Passive Investor Non-Working | Majestic Realty Partners - Industrial Real Estate, Atlanta, Georgia - Attachment "B" |
| 7. | | |
| 8. | Advisory Director - Non-Compensated | Glendale Memorial Hospital Foundation - Charitable Foundation |
| 9. | Advisory Director - Non-Compensated | Armenian Center for National & International Studies - Charitable Foundation |
| 10. | Advisory Director - Non-Compensated | The Armenian Eye Care Project - Charitable Foundation |
| 11. | Advisory Director - Non-Compensated | The University of California at Los Angeles (UCLA) School of Public Policy - Public School |
| 12. | | |
| 13. | | |
| 14. | Advisory Director - Non-compensated | Exceptional Children's Foundation - September, 2003 |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|

FINANCIAL DISCLOSURE OFFICE 2005 MAY -5 A 9: 34 RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. | Paid up single premium life insurance policy with Provident Life Insurance Company purchased 1985 |
| 2. | State of California Judicial Retirement. Fully vested as of August 4, 2003, for state judicial office held 1972 through 1982 |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 2/1/2006 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2005 | State of California Judicial Retirement | $48,567.00 |
| 2. | 2005 | MPRT Realty | $416,000.00 |
| 3. | 2005 | ███████ Trusts - Income Distribution | $455,000.00 |
| 4. | 2005 | ███████ Trusts -Management Fees | $15,600.00 |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Camelot Carpet Mills, Inc. - Director's Fee |
| 2. | 2005 | Town & Country Party Rentals, Inc. |
| 3. | 2005 | Pacific Crest Mills, Inc. - Director's Fee |
| 4. | 2005 | County of Los Angeles, Los Angeles County Hospital Commission |
| 5. | 2005 | Royalty Carpet Mills, Inc. - Director's Fee |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TEVRIZIAN, JR., DICKRAN M | 2/1/2006 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Prudential Insurance Co. This loan was previously with the Principal Mutual Life Ins. Co. | Investment in Real Property in Atlanta, GA - Majestic/Atlanta Partners. Permanent non- | P2 |
| 2. | | recourse financing for an industrial real estate development. The property was refinanced in | |
| 3. | | 1999 and the proceeds placed in segregated accounts at Cedars Bank and Merrill Lynch. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 2/1/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ▮▮▮▮ Inter Vivos Trusts-▮▮▮ 19% | G | Rent Div Int | P2 | T | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. Rialto Investments, City of Industry 25% | E | Rent | N | W | | | | | See Attachment "B" |
| 6. MPRT Realty, Los Angeles, California 1.098% | E | Rent | K | T | Sold Partial | 07/22 | P3 | H2 | MCC/I&G Trident Center |
| 7. Town & Country Party Rentals, Pasadena, CA | A | Interest | J | T | | | | | |
| 8. Wells Fargo Bank, L.A., CA Savings/Checking | B | Interest | L | T | | | | | |
| 9. | | | | | | | | | |
| 10. Bank of America, L.A., CA Savings/Checking | B | Interest | L | T | | | | | |
| 11. Smith Barney, I.R.A. Mutual Fund | B | Dividend Int | K | T | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001-$100,000 | B =$1,001-$2,500 G =$100,001-$1,000,000 | C =$2,501-$5,000 H1 =$1,000,001-$5,000,000 | D =$5,001-$15,000 H2 =More than $5,000,000 | E =$15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less N =$250,000-$500,000 P3 =$25,000,001-$50,000,000 | K =$15,001-$50,000 O =$500,001-$1,000,000 | L =$50,001-$100,000 P1 =$1,000,001-$5,000,000 P4 =$More than $50,000,000 | M =$100,001-$250,000 P2 =$5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 2/1/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | | | | | | | | | |
| 20. Provident Life Insurance | C | Interest | N | T | | | | | |
| 21. Provident Life Insurance | A | Interest | K | T | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. Smith Barney       Money Market Account | C | Interest | M | T | | | | | |
| 25. Exxon Corp.       Common Stock | A | Dividend | J | T | | | | | |
| 26. Lockheed/Martin Corp. Common Stock | A | Dividend | J | T | | | | | |
| 27. Louisiana Pacific Corp.   Common Stock | A | Dividend | J | T | | | | | |
| 28. | | | | | | | | | |
| 29. Allied Signal Corp. /Honeywell   Common Stock | A | Dividend | J | T | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. Seagate Corp. /Veritas       Common Stock | A | Dividend | J | T | | | | | |
| 33. Digital Equipment Corp./H.P. Common Stock | A | Dividend | J | T | | | | | |
| 34. | | | | | | | | | |
| 35. Santa Fe Energy Resources Common Stock | A | Dividend | J | T | | | | | |
| 36. | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 2/1/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Atlantic Richfield/Arco Corp. /B.P. Amoco Common Stock | A | Dividend | J | T | | | | | |
| 38. Occidental Petroleum Corp. Common Stock | A | Dividend | J | T | | | | | |
| 39. Bank of America        Common Stock | A | Dividend | J | T | | | | | |
| 40. | | | | | | | | | |
| 41. 1st Business Bank - Mellon, L.A., CA Savings/Checking | B | Interest | L | T | | | | | |
| 42. General Motors Corp.    Common Stock | A | Dividend | J | T | | | | | |
| 43. Eli Lilly & Co. Common Stock | A | Dividend | J | T | | | | | |
| 44. | | | | | | | | | |
| 45. Liberty Mutual All Star Fund Mutual Fund | A | Dividend Int | J | T | | | | | |
| 46. Black & Decker        Common Stock | A | Dividend | J | T | | | | | |
| 47. Wells Fargo Corp.        Common Stock | A | Dividend | J | T | | | | | |
| 48. | | | | | | | | | |
| 49. Marathon Group        Common Stock | A | Dividend | J | T | | | | | |
| 50. U.S. Steel Corp.        Common Stock | A | Dividend | J | T | | | | | |
| 51. Majestic Atlanta Partners 12.5% Real Estate- Atlanta, Georgia | E | Rent | P2 | W | | | | | |
| 52. Texaco Corp.        Common Stock | A | Dividend | J | T | | | | | |
| 53. Phoenix Engemann Fund   Mutual Fund | A | Dividend Int | L | T | Sold | 09/08 | L | | Listed Exchange |
| 54. Burlington Northern Santa Fe Common Stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:        J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
            P3 = $25,000,001-$50,000,000            P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal        R = Cost (Real Estate Only)    S = Assessment        T = Cash/Market
   (See Column C2)        U = Book Value        V = Other        W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 2/1/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. | | | | | | | | | |
| 56. Newmont Mining Corp. Common Stock | A | Dividend | J | T | | | | | |
| 57. Indian Wells, CA - Real Estate (Pleasure + Investment) 25% | A | Residence | N | W | | | | | |
| 58. Raytheon Corp.        Common Stock | A | Dividend | J | T | | | | | |
| 59. Cedars Bank     Savings/Checking | E | Interest | N | T | | | | | |
| 60. | | | | | | | | | |
| 61. Devon Energy Corp.     Common Stock | A | Dividend | J | T | | | | | |
| 62. BP Amoco Corp.       Common Stock | A | Dividend | J | T | | | | | |
| 63. Compaq Computer Corp. /H.P. Common Stock | A | Dividend | J | T | | | | | |
| 64. Delphi Automotive Corp. Common Stock | A | Dividend | J | T | | | | | |
| 65. Honeywell Corp.       Common Stock | A | Dividend | J | T | | | | | |
| 66. Keith Companies Inc.    Common Stock | A | Dividend | J | T | MgrSldPar | 09/23 | J | D | Listed Exchange |
| 67. Veritas Software Corp.   Common Stock | A | Dividend | J | T | | | | | |
| 68. Walt Disney Company  Common Stock | A | Dividend | J | T | | | | | |
| 69. Ford Motor Company   Common Stock | A | Dividend | K | T | | | | | |
| 70. | | | | | | | | | |
| 71. Smith Barney IRA Account (Mutual Fund) Alliance Fund | A | Dividend Int | J | T | | | | | |
| 72. Smith Barney IRA Account (Mutual Fund) John Hancock Fund | A | Dividend Int | J | T | | | | | |

1. Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000     G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:            J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000    O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                          P3 = $25,000,001-$50,000,000                       P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal            R = Cost (Real Estate Only)   S = Assessment            T = Cash/Market
(See Column C2)           U = Book Value           V = Other                W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 2/1/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A -H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Merrill Lynch Money Market | C | Interest | O | T | | | | | |
| 74. General Electric Co. Common Stock | A | Dividend | K | T | | | | | |
| 75. MacDonalds Corp. Common Stock | A | Dividend | K | T | | | | | |
| 76. | | | | | | | | | |
| 77. Cedars Bank Common Stock | A | Dividend | L | T | | | | | |
| 78. Rental Property #1, L.A., CA █████ | F | Rent | O | W | | | | | |
| 79. Rental Property #2, L.A., CA █████ | G | Rent | P1 | W | | | | | |
| 80. Rental Property #3, L.A., CA ████ | E | Rent | N | W | | | | | |
| 81. Rental Property #4, L.A., CA ███ | A | Rent | | | Sold | 08/12 | P1 | H1 | Brian Dror 853 LLC |
| 82. Rental Property #5, L.A., CA █████ | F | Rent | O | W | | | | | |
| 83. Rental Property #6, L.A., CA ████ | F | Rent | O | W | | | | | |
| 84. Rental Property #7, L.A., CA ███ | G | Rent | P1 | W | | | | | |
| 85. Bank of America, L.A., CA Savings/Checking | D | Interest | N | T | | | | | |
| 86. Soloman Smith Barney Cash Management Account | E | Interest | P1 | T | | | | | |
| 87. Crowell Weedon & Co. Money Market Fund | E | Interest | P1 | T | | | | | |
| 88. Mellon First Business Bank Savings/Checking | D | Interest | N | T | | | | | |
| 89. Abex Corp. Common Stock | A | Dividend | J | T | | | | | |
| 90. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 2/1/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. | | | | | | | | | |
| 92. Allied Signal Corp. /Honeywell Common Stock | B | Dividend | M | T | | | | | |
| 93. Allis Chalmers Corp. Common Stock | A | Dividend | J | T | | | | | |
| 94. Allstate Corp. Common Stock | A | Dividend | J | T | | | | | |
| 95. Alcoa Common Stock | B | Dividend | L | T | | | | | |
| 96. | | | | | | | | | |
| 97. Arco Atlantic/Richfield/B.P. Amoco Common Stock | B | Dividend | K | T | | | | | |
| 98. | | | | | | | | | |
| 99. AT&T Common Stock | B | Dividend | L | T | | | | | |
| 100. Baldwin Securities Common Stock | A | Dividend | J | T | | | | | |
| 101. Bank of America Common Stock | C | Dividend | M | T | | | | | |
| 102. Baxter Travenol Common Stock | B | Dividend | L | T | | | | | |
| 103. Bell Southern Common Stock | B | Dividend | M | T | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. Burlington Northern Common Stock | D | Dividend | M | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 2/1/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Catellus Development/Prologis Trust Common Stock | A | Dividend | J | T | MgrSldPar | 08/01 | J | B | Listed Exchange |
| 110. Cox Communications Corp. Common Stock | A | Dividend | | | Sold | 01/10 | L | E | Listed Exchange |
| 111. CFI Steel Corp. Common Stock | A | Dividend | J | T | | | | | |
| 112. Dean Witter Morgan Stanley Common Stock | A | Dividend | J | T | | | | | |
| 113. | | | | | | | | | |
| 114. Energy Group PLC Common Stock | A | Dividend | J | T | | | | | |
| 115. Exxon Corp. Common Stock | B | Dividend | L | T | | | | | |
| 116. GFC Financial-Finova Common Stock | A | Dividend | J | T | | | | | |
| 117. Fremont General Corp. Common Stock | A | Dividend | J | T | | | | | |
| 118. Hanson Trust Common Stock | A | Dividend | J | T | | | | | |
| 119. | | | | | | | | | |
| 120. I.B.M. Common Stock | B | Dividend | M | T | | | | | |
| 121. Imperial Tobacco Group Common Stock | A | Dividend | J | T | | | | | |
| 122. John Hancock Reg. Bank Fund Mutual Fund | C | Dividend Int | M | T | | | | | |
| 123. Koll Real Estate Group Common Stock | A | Dividend | J | T | | | | | |
| 124. Louisiana Pacific Corp. Common Stock | B | Dividend | K | T | | | | | |
| 125. Lucent Technologies Common Stock | A | Dividend | L | T | | | | | |
| 126. Med Partners/Mullikin, Inc. /Caremark Common Stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 2/1/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. MFS Emerging Growth Fund Mutual Fund | B | Dividend Int | M | T | | | | | |
| 128. Millenium Chemicals     Common Stock | A | Dividend | J | T | | | | | |
| 129. NCR Corp.          Common Stock | A | Dividend | J | T | | | | | |
| 130. | | | | | | | | | |
| 131. Newmont Mining Corp. Common Stock | A | Dividend | J | T | | | | | |
| 132. Norfolk & Southern     Common Stock | D | Dividend | M | T | | | | | |
| 133. Occidental Petroleum   Common Stock | A | Dividend | J | T | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. Pepsico          Common Stock | B | Dividend | L | T | | | | | |
| 137. Phillips Petroleum     Common Stock | A | Dividend | K | T | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. Santa Fe Energy Resources Inc. Common Stock | A | Dividend | J | T | | | | | |
| 141. Sears/Allstate          Common Stock | A | Dividend | J | T | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. Tejon Ranch Corp.     Common Stock | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:          J = $15,000 or less          K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
                                 P3 = $25,000,001-$50,000,000          P4 = $More than $50,000,000
3. Value Method Codes          Q = Appraisal          R = Cost (Real Estate Only)     S = Assessment          T = Cash/Market
   (See Column C2)          U = Book Value          V = Other          W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 2/1/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. | | | | | | | | | |
| 146. Texaco Common Stock | A | Dividend | J | T | | | | | |
| 147. Textron Corp. Common Stock | A | Dividend | K | T | | | | | |
| 148. Times Mirror Corp./Tribune Corp. Common Stock | B | Dividend | L | T | | | | | |
| 149. | | | | | | | | | |
| 150. Yum Brands Common Stock | A | Dividend | J | T | | | | | |
| 151. Tupperware Corp. Common Stock | A | Dividend | J | T | | | | | |
| 152. U.S. Gypsum Corp. USG Common Stock | A | Dividend | J | T | | | | | |
| 153. U.S. Industries, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 154. Viad Corp. Common Stock | A | Dividend | J | T | | | | | |
| 155. Waste Management Inc. Common Stock | A | Dividend | J | T | | | | | |
| 156. | | | | | | | | | |
| 157. Imperial Bank Corp./Co-America Common Stock | A | Dividend | | | Merger | | | | Co-America Corp. |
| 158. U.S. Treasury Bills | D | Interest | N | T | | | | | |
| 159. | | | | | | | | | |
| 160. Phoenix Engeman Fund Mutual Fund | C | Dividend Int | | | Sold | 09/08 | M | | Listed Exchange |
| 161. MGM Common Stock | A | Dividend | | | Sold | 04/08 | J | B | Listed Exchange |
| 162. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 2/1/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. | | | | | | | | | |
| 164. Aegon Corp.       Common Stock | A | Dividend | K | T | | | | | |
| 165. Seminarsource.com     Common Stock | A | Dividend | J | T | | | | | |
| 166. Dateck.com      Common Stock | A | Dividend | J | T | | | | | |
| 167. | | | | | | | | | |
| 168. Fremont General     Common Stock | A | Dividend | J | T | | | | | |
| 169. Illinois Tool      Common Stock | A | Dividend | J | T | | | | | |
| 170. Cardinal Health Care    Common Stock | A | Dividend | J | T | | | | | |
| 171. First American Financial Corp. Common Stock | A | Dividend | K | T | | | | | |
| 172. Microsoft Corp.      Common Stock | A | Dividend | M | T | Buy | 01/10 | | | Listed Exchange |
| 173. Keith Companies     Common Stock | A | Dividend | J | T | MgrSldPar | 09/16 | J | D | Listed Exchange |
| 174. Avaya Inc.       Common Stock | A | Dividend | J | T | | | | | |
| 175. Edwards Life Sciences Inc. Common Stock | A | Dividend | J | T | | | | | |
| 176. BP Amoco      Common Stock | B | Dividend | K | T | | | | | |
| 177. Devon Energy      Common Stock | A | Dividend | J | T | | | | | |
| 178. Tribune Company     Common Stock | B | Dividend | L | T | | | | | |
| 179. CoAmerica Corp. Common Stock | A | Dividend | K | T | | | | | |
| 180. Honeywell Corp.     Common Stock | B | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 2/1/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 181. AT&T Wireless Corp.    Common Stock | A | Dividend | J | T | Sold | 10/27 | J | D | Listed Exchange |
| 182. Ford Motor Company    Common Stock | A | Dividend | J | T | | | | | |
| 183. Kraft Foods          Common Stock | A | Dividend | K | T | | | | | |
| 184. Walt Disney Co.      Common Stock | A | Dividend | J | T | | | | | |
| 185. Smith Barney AG GFD    Mutual Fund | C | Dividend Int | M | T | | | | | |
| 186. | | | | | | | | | |
| 187. General Electric Co.    Common Stock | B | Dividend | L | T | | | | | |
| 188. Agere Systems A      Common Stock | A | Dividend | J | T | | | | | |
| 189. Agere Systms B      Common Stock | A | Dividend | J | T | | | | | |
| 190. Comcast          Common Stock | A | Dividend | J | T | | | | | |
| 191. Motorola | A | Dividend | J | T | | | | | |
| 192. Krispy Kreme Common Stock | A | Dividend | | | Sold | 09/08 | J | | Listed Exchange |
| 193. Krispy Kreme Common Stock (Personal) | A | Dividend | | | Sold | 09/08 | J | | Listed Exchange |
| 194. Safeway | A | Dividend | K | T | Buy | 01/11 | K | | Listed Exchange |
| 195. Tarrant Apparel | A | Dividend | J | T | Buy | 05/13 | J | | Listed Exchange |
| 196. Tarrant Apparel (Personal) | A | Dividend | J | T | Buy | 05/24 | J | | Listed Exchange |

1. Income/Gain Codes:        A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:        J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TEVRIZIAN, JR., DICKRAN M | 2/1/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Attachment "A" Refers to Sections I, III & VII
Attachment "B" Refers to Sections I, VI & VII
Attachment "C" Refers to Sections I & III

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TEVRIZIAN, JR., DICKRAN M | 2/1/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____

Date Feb 1, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544